**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| IN THE MATTER OF COOPER<br>MARINE & TIMBERLANDS<br>CORPORATION,           No. 3:15CV00170 JLH (LEAD)<br>as Owner *Pro Hac Vice* and Operator;<br>and GATX THIRD AIRCRAFT, LLC,<br>as Owner of the BARGE CMT 123,<br>Official No. 1067600 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROBERT L. COLEMAN, Special Administrator                                                                    PLAINTIFF
for the Estate of Nicolas Perez Hernandez, and
his Surviving Heirs and Dependents


v.                                    NO. 3:15CV00225 JLH


COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.                                                                                                    DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KASSANDRA NIEVES, Individually and as                                                                         PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents


v.                                    NO. 3:15CV00350 JLH


COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.                                                                                                    DEFENDANTS

**<u>ORDER</u>**

Cooper Marine & Timberlands has filed a motion for protective order and to stay 30(b)(6) deposition pending order of the Court. Document #62. The motion concerns a 30(b)(6) notice of deposition served by the plaintiffs on August 25, 2016, for depositions to be taken on September 8, 2016. The notice advised that the plaintiffs will take the deposition of one or more persons designated by Cooper Marine & Timberlands Corporation to testify on thirty-five topics, many of which, Cooper Marine & Timberlands Corporation contends, are vague and overly broad. The issues raised by Cooper Marine & Timberlands Corporation in its motion for protective order are

not frivolous, and they will need to be resolved before the 30(b)(6) deposition can be conducted. The request for stay is therefore GRANTED. The deposition may not be conducted until the Court rules on the motion for protective order. Plaintiffs are directed to file their response to the motion for protective order as promptly as possible.

    IT IS SO ORDERED this 2nd day of September, 2016.

                                */s/ J. Leon Holmes*
                                J. LEON HOLMES
                                UNITED STATES DISTRICT JUDGE