# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ROBERT L. COLEMAN, Special Administrator          PLAINTIFF
for the Estate of Nicolas Perez Hernandez, and
his Surviving Heirs and Dependents

v.                    NO. 3:15CV00225 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.          DEFENDANTS

## **ORDER**

Temps Plus, Inc.'s unopposed motion for an extension of time to file a reply is GRANTED.

Document #141. Temps Plus must file its reply on or before May 25, 2017.

IT IS SO ORDERED this 16th day of May, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE