**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

IN THE MATTER OF COOPER
MARINE & TIMBERLANDS
CORPORATION,              No. 3:15CV00170 JLH (LEAD)
as Owner *Pro Hac Vice* and Operator;
and GATX THIRD AIRCRAFT, LLC,
as Owner of the BARGE CMT 123,
Official No. 1067600

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROBERT L. COLEMAN, Special Administrator          PLAINTIFF
for the Estate of Nicolas Perez Hernandez, and
his Surviving Heirs and Dependents

v.               NO. 3:15CV00225 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.             DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KASSANDRA NIEVES, Individually and as         PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.               NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.             DEFENDANTS

## <u>ORDER</u>

Pursuant to the stipulation of the parties, the following motions are DENIED AS MOOT:

    a.      Plaintiffs' Motion to Exclude Expert Testimony and Opinions of Mr. Marc A. Fazioli

          (only as to Coleman Plaintiff, not same pending motion by Nieves Plaintiff [and only

          filed in Cooper Marine's limitation of liability action]). Document #73 pending in

          case No. 3:15CV00170.

    b.      Plaintiffs' Motion to Exclude Expert Testimony and Opinions of Mr. Ronald L.

          Campana (only as to Coleman Plaintiff, not same pending motion by Nieves Plaintiff

[and only filed in Cooper Marine's limitation of liability action]).  Document #72 pending in case No. 3:15CV00170.

c.    Defendant Steel Dynamics Columbus, LLC's Motion for Partial Summary Judgment on Arkansas Wrongful Death and Survival Claims [(only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff)].  Document #151 pending in case No. 3:15CV00225.

d.    Defendant Steel Dynamics Columbus, LLC's Motion for Partial Summary Judgment on Third Party Beneficiary Claim.  Document #154 pending in case No. 3:15CV00225.

e.    Defendant Steel Dynamics Columbus, LLC's Motion to Exclude Testimony of Dr. Thomas W. Butler [(only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff)].  Document #159 pending in case No. 3:15CV00225.

f.    Defendant Steel Dynamics Columbus, LLC's Motion to Exclude Testimony of J.P. Jamison [(only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff)].  Document #157 pending in case No. 3:15CV00225.

g.    Defendant Steel Dynamics Columbus, LLC's Motion to Exclude Testimony of James Manley [(only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff)].  Document #163 pending in case No. 3:15CV00225.

h.    Defendant Steel Dynamics Columbus, LLC's Motion to Exclude Testimony of James Pritchard [(only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff)].  Document #165 pending in case No. 3:15CV00225.

i.    Defendant Steel Dynamics Columbus, LLC's Motion to Exclude Testimony of

Richard DiNapoli [(only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff)]. Document #161 pending in case No. 3:15CV00225.

j.  Defendant Logistic Services' Motion to Exclude Reports and Testimony of Richard DiNapoli and James Manley (only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff [and only filed in Cooper Marine's limitation of liability action]). Document #70 pending in case No. 3:15CV00170.

k.  Defendant Logistic Services' Motion to Exclude Portions of the Reports and Testimony of J.P. Jamison, James Pritchard, and Dr. Thomas W. Butler [Pursuant to Federal Rules of Evidence 702 and Daubert] (only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff [and only filed in Cooper Marine's limitation of liability action]). Document #68 pending in case No. 3:15CV00170.

l.  Defendant Logistic Services' Motion for Partial Summary Judgment on Plaintiff's Claims for Non-Pecuniary Damages [(only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff)]. Document #145 pending in case No. 3:15CV00225.

m.  Defendant Cooper Marine & Timberlands Corporation's Motion for Summary Judgment [(only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff)]. Document #148 pending in case No. 3:15CV00225.

n.  Defendant Cooper Marine & Timberlands Corporation's Motion for Partial Summary Judgment [with Respect to Certain Claims Sought in the Above Styled Cause] [(only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff)]. Document #177 pending in case No. 3:15CV00225.

o.     Defendant Cooper Marine & Timberlands Corporation's Motion to Exclude Testimony of James Pritchard [(only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff)].     Document #181 pending in case No. 3:15CV00225.

p.     Defendant Cooper Marine & Timberlands Corporation's Motion to Exclude Testimony of J.P. Jamison [(only as to Coleman Plaintiff, not same pending motion against Nieves Plaintiff)].  Document #183 pending in case No. 3:15CV00225.

IT IS SO ORDERED this 7th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE