# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ROBERT L. COLEMAN                                                                                      PLAINTIFF

v.                                      NO. 3:15CV00225 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION; et al.                                                                                DEFENDANTS

## ORDER

The Court has been informed that the parties are finalizing settlement in this matter and that a trial will not be required at this time. Therefore, the August 21, 2017, jury trial is removed from the Court's docket. The parties are directed to confer and submit a proposed final order of dismissal upon finalization of the settlement.

IT IS SO ORDERED this 24th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE