IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT L. COLEMAN, Special Administrator　　　　　　　　　　　　　　PLAINTIFF
for the Estate of Nicolas Perez Hernandez, and
his Surviving Heirs and Dependents

v.　　　　　　　　　　　　NO. 3:15CV00225 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The joint motion to dismiss with prejudice is GRANTED. Document #225. All claims alleged by the plaintiff and all cross-claims and counterclaims alleged by the defendants are hereby dismissed with prejudice, with each party to bear its own costs. The Court retains jurisdiction to force the terms and conditions of the settlement agreement and release.

IT IS SO ORDERED this 5th day of December, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE